UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 18-cv-494 (DWF-KMM)

| | |
|---|---|
| Brandi James,<br><br>      Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br>and<br>11th Hour Recovery, Inc.,<br><br>      Defendants. | <u>NOTICE OF STIPULATED<br>DISMISSAL WITH PREJUDICE</u> |

PLEASE TAKE NOTICE that Plaintiff Brandi James, under Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismisses this action **with prejudice**, upon consent of all parties who have appeared in this action.

Dated: 4-3, 2018

WALKER & WALKER LAW OFFICES, PLLC

/s/ Andrew C. Walker
Andrew C. Walker

4356 Nicollet Avenue South
Minneapolis, Minnesota 55409
(612) 824-4357
*Counsel for Plaintiff Brandi James*

1

Dated: __April 4__, 2018

        HOGAN LOVELLS US LLP

        _____
        Matthew J. Piehl

        80 South Eighth Street
        Suite 1225
        Minneapolis, MN 55402
        (612) 402-3000
        *Counsel for Defendant Wells Fargo Bank, N.A.*